**RECEIVED**

FEB 0 1 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **SANDRA KIDDER** | **CIVIL ACTION NO. 06-0199** |
| **VS.** | **JUDGE HAIK** |
| **COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED AND REMANDED.** On remand, the ALJ shall consider the effect of the July 9, 2004 MRI of Kidder's lumbar spine on her claim for benefits, as well as the effect of her obesity, either alone or in combination with her other impairments. The ALJ shall also reconsider Dr. Buxton's findings in his February 2003 report and determine whether Kidder's mental limitations as described in that report substantially change his residual functional capacity assessment. The ALJ is also ordered to apply the mental impairment analysis mandated by the Regulations and make specific findings regarding Kidder's limitations in the four areas of functioning listed in §404.1520a(c)(3). On remand, Kidder is entitled to present additional evidence on remand and is also entitled to another administrative hearing.

Lafayette, Louisiana this 5 day of March, 2007.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE